*Benjamin V. Becker* for petitioner. *Messrs. Silas H. Strawn, Lawrence T. Allen, Bertram F. Shipman, Gilbert E. Porter,* and *Edward K. Hanlon* for respondents. ▮

No. 230. TEXAS POWER & LIGHT Co. *v.* FAIRBANKS, MORSE & Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Joe A. Worsham* for petitioner. *Messrs. B. L. Agerton* and *Allen Wight* for respondent.

No. 231. TEXAS ELECTRIC SERVICE Co. *v.* FAIRBANKS, MORSE & Co. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Joe A. Worsham* for petitioner. *Messrs. B. L. Agerton* and *Allen Wight* for respondent. ▮

No. 233. RINGLING TRUST & SAVINGS BANK ET AL. *v.* WHITFIELD ESTATES, INC. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Herbert Sawyer* for petitioners. *Messrs. John C. Cooper* and *H. P. Adair* for respondent.

No. 234. MARRS ET AL. *v.* CITY OF OXFORD ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Harry W. Hart* for petitioners. *Messrs. W. A. Ayres, Austin M. Cowan,* and *Chester I. Long* for respondents.